**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HENRY MASON, | Case No. 2:25-cv-02342-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Defendants. | |

This action began with a proposed summons in a civil action and a "disciplinary" habeas petition on a form intended for state court submitted by Nevada prisoner Henry Mason. ECF Nos. 1-1, 3. Mason did not pay the filing fee or apply for *in forma pauperis* status. ECF No. 1. On February 12, 2026, the magistrate judge ordered Mason to file the appropriate initiating document for the type of action he intends to proceed here (a habeas petition or a civil complaint) and either pay the required filing fee for that action or apply for pauper status. ECF No. 4. Mason responded by filing a motion to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), arguing that he meant to file his documents in state court. ECF No. 5.

The Court construes Mason's motion as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

/ / /

/ / /

/ / /

/ / /

Therefore, **IT IS HEREBY ORDERED** that the motion to dismiss (ECF No. 5) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

The Clerk of Court is **DIRECTED** to close this case accordingly.

**DATED:** March 5, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**